UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHARESTATES, INC.,

                Plaintiff,

- against -

HARI MADDALI and
COPPER BRICKS LLC,

                Defendants.
-------------------------------------------------------X

Case No. 2:24-cv-00812-GRB-ST

**ORDER**

**FILED**
**CLERK**

2:31 pm, Feb 23, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Plaintiff made an application for a temporary restraining order on an ex parte basis that was denied on February 16, 2024, however the matter was set for a hearing on February 20, 2024 at 10:00 AM, at which time a hearing was held that counsel and the parties attended. For the reasons stated on the record during the hearing, it is hereby

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Bank of America shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Bank of America accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint; and it is further

ORDERED that within seven days after being served with a copy of this Order, Bank of America shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Fidelity Investments shall forthwith upon being served with a copy of this Order restrain all funds in and

hereafter deposited into all Fidelity Investments accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint and trading will still be permitted as long as no funds are withdrawn from the accounts; and it is further

ORDERED that within seven days after being served with a copy of this Order, Fidelity Investments shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Goldman Sachs Bank shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Goldman Sachs Bank accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint; and it is further

ORDERED that within seven days after being served with a copy of this Order, Goldman Sachs Bank shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Apple Bank shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Apple Bank accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint; and it is further

ORDERED that within seven days after being served with a copy of this Order, Apple Bank shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the

name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Gemini Trust Co. shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Gemini Trust Co. accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint and trading will still be permitted as long as no funds are withdrawn from the accounts; and it is further

ORDERED that within seven days after being served with a copy of this Order, Gemini Trust Co. shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Silvergate Bank shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Silvergate Bank accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint; and it is further

ORDERED that within seven days after being served with a copy of this Order, Silvergate Bank shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Apex

Clearing shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Apex Clearing accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint and trading will still be permitted as long as no funds are withdrawn from the accounts; and it is further

ORDERED that within seven days after being served with a copy of this Order, Apex Clearing shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the ultimate disposition of this action or further order of this Court, pursuant to Rule 65, Fed. R. Civ. P., Vanguard shall forthwith upon being served with a copy of this Order restrain all funds in and hereafter deposited into all Vanguard accounts titled to Hari Maddali, except that the first $3,000.00 between all such accounts will be exempt from restraint and trading will still be permitted as long as no funds are withdrawn from the accounts; and it is further

ORDERED that within seven days after being served with a copy of this Order, Vanguard shall send Plaintiff's attorneys a report listing each account restrained pursuant to this Order, the name of each holder of each such account, and the amount restrained in each such account; and it is further

ORDERED that whereas Defendant Hari Maddali has represented that there is no financial institution with which he has a checking, savings, or brokerage account other than the aforementioned institutions and that the aggregate amount on deposit in the accounts in which he holds title is approximately $1,400,000.00, security in the amount of $70,000.00 be posted by Plaintiff prior to March 4, 2024, at 5 o'clock in the afternoon of that day; and it is further

ORDERED that personal service of a copy of this order and its supporting papers be made upon Bank of America, Fidelity Investments, Goldman Sachs Bank, Apple Bank, Gemini Trust Co., Silvergate Bank, Apex Clearing, and Vanguard on or before 5 o'clock in the afternoon, March 4, 2024.

ORDERED THAT FOLLOWING GOOD FAITH EFFORT BETWEEN COUNSEL BETWEEN COUNSEL TO RESOLVE ANY FURTHER ISSUES COUNSEL MAY MAKE FURTHER APPLICATION FOR MODIFICATIONS OF THIS ORDER.

DATED: Central Islip, New York

ISSUED: FEB 23, 2024 218 PM

/s/ Gary R. Brown

_____

United States District Judge